UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## MEMORANDUM

| | | | |
|---|---|---|---|
| Case No. | CV 15-4815 DSF (ASx) | Date | 8/12/15 |
| Title | Salvador T. Flores, et al. v. Select Portfolio Servicing, Inc., et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (In Chambers) Order DENYING Plaintiffs' Motion to Remand (Dkt. No. 13)[1]

    Plaintiffs have moved to remand this action, claiming that the amount in controversy requirement for diversity jurisdiction has not been met. Among other things, in their third claim, Plaintiffs seek a declaration that "Defendants . . . have no rights under the obligation of the Deed of Trust and Promissory Note." (Compl. ¶ 50.) This places at least the full amount of Plaintiffs' mortgage loan at issue. This amount is well in excess of $75,000. The motion to remand is DENIED.

    IT IS SO ORDERED.

---

[1] The Court deems this matter appropriate for decision without oral argument. See Fed. R. Civ. P. 78; Local Rule 7-15. The hearing set for August 31, 2015 is removed from the Court's calendar.